**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: J.L.H.S., A MINOR | : | No. 227 MAL 2024 |
| | : | |
| | : | |
| PETITION OF: T.L.H., FATHER | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum** |
| | : | **and Order** of the Superior Court at |
| | : | No. 2523 EDA 2023 entered on April |
| | : | 17, 2024, **dismissing** the Decree of |
| | : | the Montgomery County Court of |
| | : | Common Pleas at No. 2023-A0026 |
| | : | entered on August 31, 2023 |
| | | |
| IN RE: T.M.H., A MINOR | : | No. 228 MAL 2024 |
| | : | |
| | : | |
| | : | |
| PETITION OF: T.L.H., FATHER | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum** |
| | : | **and Order** of the Superior Court at |
| | : | No. 2522 EDA 2023 entered on April |
| | : | 17, 2024, **dismissing** the Decree of |
| | : | the Montgomery County Court of |
| | : | Common Pleas at No. 2023-A0025 |
| | : | entered on August 31, 2023 |

<u>**ORDER**</u>

**PER CURIAM**                                                    **DECIDED: July 25, 2024**

      **AND NOW**, this 25th day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** to the Superior Court to address the merits of the first three issues set forth in Petitioner's Superior Court brief.